BENJAMIN GYADU *v.* G & W MANAGEMENT, INC.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19756) is dismissed.

SULLIVAN, C. J., and VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Benjamin Gyadu,* pro se, in support of the petition.

Decided June 14, 2001

IN RE ESSEX COUNTY OF MASSACHUSETTS CIVIL ACTION 99D-0060-DV1

The petition for certification by the plaintiffs, Allyn Seymour and Frances Waterman Seymour, for appeal from the Appellate Court (AC 21687) is denied.

BORDEN and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*David A. Curry,* in support of the petition.

Decided June 14, 2001

RICHARD N. CAFRO ET AL. *v.* LAWRENCE P. BROPHY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 62 Conn. App. 113 (AC 18478), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Matthew J. Collins,* in support of the petition.

*Hugh F. Keefe,* in opposition.

Decided June 19, 2001